**No. 10-9579. Daniel C. Sanford, Petitioner v. William David Mason, et al.**

563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3958.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9586. Walter Aaron Hamilton, Petitioner v. Texas.**

563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3871.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

Same case below, 300 S.W.3d 14.

**No. 10-9587. James M. Flinn, Petitioner v. William A. Corbitt, et al.**

563 U.S. 1010, 131 S. Ct. 2905, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3861.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9591. Alvin Fulton, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.**

563 U.S. 1011, 131 S. Ct. 2905, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3941.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9592. Ricardo Gutierrez, Petitioner v. Texas.**

563 U.S. 1011, 131 S. Ct. 2906, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3895.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Texas denied.

**No. 10-9602. Kathalina Monacelli, Petitioner v. Ford Motor Company.**

563 U.S. 1011, 131 S. Ct. 2906, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3866,

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 52 So. 3d 662.

**No. 10-9606. Paul Wiggins, Jr., Petitioner v. Georgia.**

563 U.S. 1011, 131 S. Ct. 2906, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 4005.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 288 Ga. 169, 702 S.E.2d 865.

**No. 10-9607. Francis I. Williams, Petitioner v. BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP, et al.**

563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3886.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.